1  WILLIAM C. MORISON (No. 99981)
   wcm@mhp-law.com
2  PHILIP D. WITTE (No. 112217)
   pdw@mhp-law.com
3  MORISON & PROUGH, LLP
   1550 Parkside Drive, Third Floor
4  Walnut Creek, California 94596
   Telephone:  (925) 937-9990
5  Facsimile:   (925) 937-3272

6  Attorneys for Plaintiff
   THE BURLINGTON
7  INSURANCE COMPANY

8
                  UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11 THE BURLINGTON INSURANCE           )
   COMPANY,                           )  No.  3:12-cv-03372-SI
12                                    )
               Plaintiff,             )
13                                    )  [~~PROPOSED~~] ORDER TO CONTINUE
   vs.                                )  CASE MANAGEMENT
14                                    )  CONFERENCE
   TERRANCE J. ALAN; D.H.S. GLOBAL    )
15 INVESTMENTS, LLC; CLUB PAREE,      )
   LLC; DELASHON MONIQUE GREEN;       )
16 SARIYAH FULBRIGHT; ANA'STAJA       )
   FULBRIGHT; and TE'JANAEY SCOTT,    )
17                                    )
               Defendants.            )
18                                    )

19
       Pursuant to Stipulation and for good cause shown, the request of Plaintiff The Burlington
20
   Insurance Company to continue the Case Management Conference Order is granted.  The Case
21
   Management Conference is rescheduled for ____2/8/13_____.
22

23
                                              /s/ Susan Illston
24
   Dated:  10/11/12                           _____
25                                                 Judge Susan Illston

26

27

28
                                              - 1 -

## PROOF OF SERVICE

I, the undersigned, an employee of Morison & Prough, LLP, located at 1550 Parkside Drive, Third Floor, Walnut Creek, California 94596, am over the age of 18 years and not a party to this matter, action or proceeding.

On October 10, 2012, I served a copy of the following document(s):

[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

to the person(s) at the address(es) shown below:

D.H.S. Global Investments, LLC
4100 Redwood Road, Suite 235
Oakland, CA 94619

__X__  **BY U.S. MAIL:** I placed the document(s) for collection and processing for mailing with the United States Postal Service in Walnut Creek, California. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that correspondence is placed for collection and processing for mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope or package with postage fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 10, 2012, at Walnut Creek, California.

*Lisa Breen* (signature)
Lisa Breen