1  LINDA WENDELL HSU (SBN 162971)
   lhsu@selmanbreitman.com
2  MARK INBODY (SBN 180862)
   minbody@selmanbreitman.com
3  JOEL A. MORGAN (SBN 262937)
   jmorgan@selmanbreitman.com
4  SELMAN BREITMAN LLP
   33 New Montgomery, Sixth Floor
5  San Francisco, CA  94105
   Telephone: (415) 979-0400
6  Facsimile:  (415) 979-2099

7  Attorneys for Defendant TERRANCE J. ALAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TERRANCE J. ALAN; D.H.S. GLOBAL INVESTMENTS, LLC; CLUB PAREE, LLC; DELASHON MONIQUE GREEN; SARIYAH FULBRIGHT; ANA'STAJA FULBRIGHT; and TE'JANAEY SCOTT, et al..<br><br>Defendants. | CASE NO.  3:12-CV-03372-SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TERRANCE J. ALAN'S MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Upon consideration of Defendant Terrance J. Alan's Motion to Continue the Case Management Conference, and having considered the papers submitted in opposition, IT IS HEREBY ORDERED that the Motion to Continue the Case Management Conference is GRANTED.  The Case Management Conference scheduled for February 8, 2013 is hereby rescheduled to February 22, 2013 at 2:30 p.m. pending this Court's ruling on Defendant Terrance J. Alan's Motion to Stay this Declaratory Relief Action.

1    IT IS SO ORDERED.

2    Date:   1/16    , 2013

*/s/ Susan Illston*

Judge Susan Illston