WILLIAM C. MORISON (No. 99981)
wcm@morisonprough.com
PHILIP D. WITTE (No. 112217)
pdw@morisonprough.com
MORISON & PROUGH, LLP
1550 Parkside Drive, Third Floor
Walnut Creek, California 94596
Telephone:  (925) 937-9990
Facsimile:    (925) 937-3272

Attorneys for Plaintiff
THE BURLINGTON
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TERRANCE J. ALAN; D.H.S. GLOBAL INVESTMENTS, LLC; CLUB PAREE, LLC; DELASHON MONIQUE GREEN; SARIYAH FULBRIGHT; ANA'STAJA FULBRIGHT; and TE'JANAEY SCOTT,<br><br>　　　　　Defendants. | No. 3:12-cv-03372-SI<br><br>[~~PROPOSED~~] ORDER GRANTING THE BURLINGTON INSURANCE COMPANY'S REQUEST TO PARTICIPATE BY TELEPHONE IN HEARING ON ENTRY OF DEFAULT AND FINAL JUDGMENT |

Upon consideration of plaintiff The Burlington Insurance Company's request to participate by telephone in the hearing on its motion for entry of default and on the appearing parties' stipulated motion for final judgment on June 28, 2013, IT IS HEREBY ORDERED that the request is GRANTED.

IT IS SO ORDERED.

Dated:  __6/13/13_____          _____
　　　　　　　　　　　　　　　　　　　　　Hon. Susan Illston
　　　　　　　　　　　　　　　　　　　　　Judge of the District Court

152045