UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TERRANCE J. ALAN; SCOTTSDALE INSURANCE COMPANY; D.H.S. GLOBAL INVESTMENTS, LLC; CLUB PAREE, LLC; DELASHON MONIQUE GREEN; SARIYAH FULBRIGHT; ANA'STAJA FULBRIGHT; and TE'JANAEY SCOTT, et al.<br><br>　　　　Defendants. | CASE NO. 3:12-CV-03372-SI<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS TERRANCE J. ALAN AND SCOTTSDALE INSURANCE COMPANY'S REQUEST TO PARTICIPATE BY TELEPHONE IN HEARING ON ENTRY OF DEFAULT AND FINAL JUDGMENT |

Upon consideration of defendants Terrance J. Alan and Scottsdale Insurance Company's request to participate by telephone in the hearing on Plaintiff Burlington Insurance Company's motion for entry of default and on the appearing parties' stipulated motion for final judgment on June 28, 2013, IT IS HEREBY ORDERED that the request is GRANTED.

**IT IS SO ORDERED,**

Date:　　6/19　, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Judge Susan Illston