WILLIAM C. MORISON (No. 99981)
wcm@morisonprough.com
PHILIP D. WITTE (No. 112217)
pdw@morisonprough.com
MORISON & PROUGH, LLP
1550 Parkside Drive, Third Floor
Walnut Creek, California 94596
Telephone:  (925) 937-9990
Facsimile:   (925) 937-3272

Attorneys for Plaintiff
THE BURLINGTON
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>SCOTTSDALE INSURANCE COMPANY; TERRANCE J. ALAN; D.H.S. GLOBAL INVESTMENTS, LLC; CLUB PAREE, LLC; DELASHON MONIQUE GREEN; SARIYAH FULBRIGHT; ANA'STAJA FULBRIGHT; and TE'JANAEY SCOTT,<br><br>    Defendants. | No. 3:12-cv-03372-SI<br><br>[~~PROPOSED~~] ORDER GRANTING THE BURLINGTON INSURANCE COMPANY'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS D.H.S. GLOBAL INVESTMENTS, LLC AND CLUB PAREE, LLC<br><br>Date:    June 28, 2013<br>Time:    9:00 a.m.<br>Courtroom: 10<br>Before:  Hon. Susan Illston |

The Burlington Insurance Company's Motion for Entry of Default Judgment Against Defendants D.H.S. Global Investments, LLC ("DHS") and Club Paree, LLC ("Club Paree") came on regularly for hearing before this Court on June 28, 2013, the Honorable Susan Illston, United States District Judge, presiding.

Based on the failure of DHS and Club Paree to appear in this action and this Court's order granting Burlington's motion for partial summary judgment, finding that Burlington has no duty to defend or indemnify any of the defendants in the underlying action, captioned *Green et al. v. D.H.S. Global Investments, LLC, dba The Pink Diamonds  et al.,* Case No. CGC-11-512028, Burlington seeks entry of default judgment against DHS and Club Paree.

1    After considering the briefs, arguments of counsel, and all other matters presented to the
2    Court, the Court hereby GRANTS Burlington's motion for entry of default judgment against DHS
3    and Club Paree.
4    IT IS SO ORDERED.

6    Dated: 6/28/13

                                                              _____
7                                                             Hon. Susan Illston
                                                              Judge of the District Court

9    151944v1