1  WILLIAM C. MORISON (No. 99981)
   wcm@morisonprough.com
2  PHILIP D. WITTE (No. 112217)
   pdw@morisonprough.com
3  MORISON & PROUGH, LLP
   1550 Parkside Drive, Third Floor
4  Walnut Creek, California 94596
   Telephone:  (925) 937-9990
5  Facsimile:   (925) 937-3272

6  Attorneys for Plaintiff
   THE BURLINGTON
7  INSURANCE COMPANY

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11 THE BURLINGTON INSURANCE        )
   COMPANY,                         )  No.  3:12-cv-03372-SI
12                                  )
              Plaintiff,            )  [~~PROPOSED~~] ORDER GRANTING THE
13                                  )  BURLINGTON INSURANCE
   vs.                              )  COMPANY'S MOTION FOR ENTRY OF
14                                  )  DEFAULT JUDGMENT AGAINST
   SCOTTSDALE INSURANCE COMPANY;    )  DEFENDANTS D.H.S. GLOBAL
15 TERRANCE J. ALAN; D.H.S. GLOBAL  )  INVESTMENTS, LLC AND CLUB
   INVESTMENTS, LLC; CLUB PAREE,    )  PAREE, LLC
16 LLC; DELASHON MONIQUE GREEN;     )
   SARIYAH FULBRIGHT; ANA'STAJA     )  Date:       June 28, 2013
17 FULBRIGHT; and TE'JANAEY SCOTT,  )  Time:       9:00 a.m.
                                    )  Courtroom: 10
18            Defendants.           )  Before:     Hon. Susan Illston
                                    )
19

20      The Burlington Insurance Company's Motion for Entry of Default Judgment Against

21 Defendants D.H.S. Global Investments, LLC ("DHS") and Club Paree, LLC ("Club Paree") came

22 on regularly for hearing before this Court on June 28, 2013, the Honorable Susan Illston, United

23 States District Judge, presiding.

24      Based on the failure of DHS and Club Paree to appear in this action and this Court's order

25 granting Burlington's motion for partial summary judgment, finding that Burlington has no duty

26 to defend or indemnify any of the defendants in the underlying action, captioned *Green et al. v.*

27 *D.H.S. Global Investments, LLC, dba The Pink Diamonds et al.,* Case No. CGC-11-512028,

28 Burlington seeks entry of default judgment against DHS and Club Paree.

1  After considering the briefs, arguments of counsel, and all other matters presented to the
2  Court, the Court hereby GRANTS Burlington's motion for entry of default judgment against DHS
3  and Club Paree.
4  IT IS SO ORDERED.

Dated: 6/28/13

_____
Hon. Susan Illston
Judge of the District Court

151944v1