1  WILLIAM C. MORISON (No. 99981)
   wcm@morisonprough.com
2  PHILIP D. WITTE (No. 112217)
   pdw@morisonprough.com
3  MORISON & PROUGH, LLP
   1550 Parkside Drive, Third Floor
4  Walnut Creek, California 94596
   Telephone:  (925) 937-9990
5  Facsimile:   (925) 937-3272

6  Attorneys for Plaintiff
   THE BURLINGTON
7  INSURANCE COMPANY

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 THE BURLINGTON INSURANCE       )
   COMPANY,                        )   No.  3:12-cv-03372-SI
12                                 )
              Plaintiff,           )   [PROPOSED] ORDER GRANTING
13                                 )   JOINT MOTION FOR ENTRY OF
   vs.                             )   FINAL JUDGMENT
14                                 )
   TERRANCE J. ALAN; D.H.S. GLOBAL )
15 INVESTMENTS, LLC; CLUB PAREE,   )
   LLC; DELASHON MONIQUE GREEN;    )
16 SARIYAH FULBRIGHT; ANA'STAJA    )
   FULBRIGHT; and TE'JANAEY SCOTT, )
17                                 )
              Defendants.          )
18                                 )

19

20     The Joint Motion for Entry of Final Judgment came on for regular hearing before this

21 Court on June 28, 2013, the Honorable Susan Illston, United States District Judge, presiding.

22     Plaintiff The Burlington Insurance Company ("Burlington") has and had no duty to defend

23 or indemnify any of the defendants in connection with the action captioned *Green et al. v. D.H.S.*

24 *Global Investments, LLC, dba The Pink Diamonds  et al.,* San Francisco Superior Court, Case No.

25 CGC-11-512028 ("the Underlying Action"), or any judgment or settlement entered in connection

26 therewith, as the Court previously ruled.  (ECF Docket No. 84).  Because Burlington has not paid

27 defense expenses on behalf of Terrance J. Alan ("Alan") in the Underlying Action, the Final

28 Judgment will state that judgment will be entered in favor of Burlington and against Alan as to

1  the first cause of action, for reimbursement, of Burlington's First Amended Complaint, but that
2  Burlington will recover no damages.  For the same reason and by agreement of the parties, the
3  Court dismisses with prejudice the fourth and fifth causes of action for equitable indemnity/
4  equitable contribution and for declaratory relief as to Scottsdale's duty to defend and indemnify
5  Alan.  The non-defaulting parties will each bear their own fees and costs.  Costs are awarded in
6  favor of Burlington and against D.H.S. Global Investments, LLC and Club Paree, LLC.
7      A Final Judgment will be entered consistent with this Order.
8      IT IS SO ORDERED.

10  Dated: _____6/28/13_____    _____*Susan Illston*_____
11                                                Hon. Susan Illston
                                                  Judge of the District Court

151848v.5