WILLIAM C. MORISON (No. 99981)
wcm@morisonprough.com
PHILIP D. WITTE (No. 112217)
pdw@morisonprough.com
MORISON & PROUGH, LLP
1550 Parkside Drive, Third Floor
Walnut Creek, California 94596
Telephone:  (925) 937-9990
Facsimile:   (925) 937-3272

Attorneys for Plaintiff
THE BURLINGTON
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SCOTTSDALE INSURANCE COMPANY; TERRANCE J. ALAN; D.H.S. GLOBAL INVESTMENTS, LLC; CLUB PAREE, LLC; DELASHON MONIQUE GREEN; SARIYAH FULBRIGHT; ANA'STAJA FULBRIGHT; and TE'JANAEY SCOTT,<br><br>　　　　Defendants. | No.  3:12-cv-03372-SI<br><br>[~~PROPOSED~~] DECLARATORY JUDGMENT |

The Burlington Insurance Company's ("Burlington") Motion for Summary Judgment, the Joint Motion for Entry of Final Judgment, and Burlington's Motion for Entry of Default Judgment Against Defendants D.H.S. Global Investments, LLC and Club Paree, LLC having been granted,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of Burlington and against defendants.  Burlington has and had no duty to defend or indemnify any of the defendants in connection with the action captioned *Green et al. v. D.H.S. Global Investments, LLC, dba The Pink Diamonds et al.,* San Francisco Superior Court, Case No. CGC-11-512028, or any judgment or settlement entered in connection therewith.  Burlington never actually paid any defense fees, and therefore Burlington shall recover no damages.  In

1  accordance with the parties' agreement, the fourth and fifth causes of action for equitable

2  indemnity/equitable contribution and for declaratory relief as to Scottsdale Insurance Company

3  are dismissed with prejudice.  The non-defaulting parties will each bear their own fees and costs.

4  Costs are awarded in favor of Burlington and against D.H.S. Global Investments, LLC and Club

5  Paree, LLC.

8  Dated: _____6/28/13_____    _____
                                             Hon. Susan Illston
                                             Judge of the District Court

12  151849v3

- 2 -

[Proposed] Declaratory Judgment
3:12-cv-03372-SI

Morison & Prough, LLP